UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MOUSTAFA EL-BAKLY )
)
Plaintiff, )
) No. 04CV 02767
v. )
) Hon. C. Norgle
AUTOZONE, Inc., a Nevada )
Corporation, Rob Harris, )
Juan Gutierrez, and )
Chris Ramos, )
)
Defendants, )

## Plaintiff's Exhibits-Schedule 'C'

| Exh. | Date | Description |
|---|---|---|
| 1 | 2.29.04 | EEOC and IDHR Charge of Discrimination El Bakly v. Autozone, Inc. - 5p. |
| 2 | 2005-1999 | U.S. Individual Tax Return, State Tax Returns, Summaries, and supporting documents (w-2 statements) |
| 3 | 2/22/04-5/29/04 | Weekly Autozone Schedule for MEB |
| 4 | 4/13/03-5/16/04 | Performance Summary Report-Six week Store Summaries |
| 5 | 3/21/05 | Affidavit of Daniel Probo |
| 6 | 5/27/04 | Autozone Inc. Store 2575 performance summary and |
|   | 10/30/04 | SEC 10K filing |
| 7 |  | Medical Records for MEB |
| a |  | St. Mary's of Nazareth Hospital Medical Records- MEB |
| b |  | Dr. Adnan El-Gamal Medical Records -MEB |

1

| | | |
|---|---|---|
| c | 2/27/04 | Letter from Dr. Luis A. Couret |
| d | 8/07/07 | IL Dept. Human Services-Disability Report |
| e | 3/19/03 and 2/26/04 | Dr. Luis Couret return to work letters |
| f | 10/5/02-6/17/04 | Dr. Luis Couret, Medical Records |
| g | 3/19/03 and 3/24/04 | Dr. Daniel Osimani, Medical Records |
| | | |
| 8 | | Autozone HR file for MEB |
| a | 4/6/02 | Autozone Store Employment Application-MEB |
| b | | Status change entry/record forms (f/t and commer driv.) |
| c | | Autozone Drug and Alcohol Testing Policy Acknowledgement Form |
| 8d | 2/10/04 | Autozone Corrective Action Review-MEB |
| | | |
| 9 | | Autozone Human Resources files (misc.) |
| a | 8/5/04 | Store 2575 Employee Register |
| b | 4/6/04-10/14/03 | Autozone SMS Payroll Final Historical Report |
| c | | Autozone Personnel file for Juan Gutierrez |
| d | | Autozone Commercial Specialist/Commercial Driver job posts |
| | | |
| 10 | | |
| a | 3/5/04 | Statement by W. Bush |
| b | 6/3/04 | Confidential Worksheet (A. Smith, R. Mrchant) |
| c | 6/1/04 | Cover, Fax from W. Bush to A. Smith, Autozone Legal |

| | | |
|---|---|---|
| 11 | | Autozone Employee Statement Forms |
| a | 4/1/04<br>7/29/04 | Christian Ramos Statement Forms (1 of 2)<br>Christian Ramos Statement Forms (2 of 2) |
| b | 5/28/04 | Enrique Alejandre Statement Form |
| c | 2/19/04 | Robert Navarro Statement Form |
| d | 3/26/04<br>5/28/04 | Rob Harris Statement Forms (1 of 2)<br>Rob Harris Statement Form (2 of 2) |
| e | 4/2/06 | Juan Gutierrez Statement Form |
| | | |
| 12 | | |
| a | 10/31/05 | Albany Park Community Center, Inc. letter to MEB |
| b | | Rimland Services NFP letter to MEB |

| | | |
|---|---|---|
| c | 6/15/05 | W Lakeshore letter to MEB |
| d | 4/18/05 | C.A.U.S.E.S. letter to MEB |
| e | 5/10/05/ | Illinois Dept. of Central Management Services letter to MEB |
| f | 4/22/05 | Peace Corps Chicago Regional Office postcard to MEB |
| g | 4/2005 | Holiday Inn Chicago City Centre postcard to MEB |
| h | 5/13/04 | Olivet Nazarene University MBA Student Acct. Report |
| | | |
| | | |